CORINNE KEEFE, an Infant, by L. M. LAYDEN, Her
Guardian ad Litem, Appellant, *v.* ELLEN C. KEEFE,
Individually and as Administratrix with the Will
Annexed of the Estate of DANIEL F. KEEFE, Deceased,
et al., Respondents, and DANIEL WATKINS et al.,
Appellants, Impleaded with Others.

(Argued October 19, 1931; decided November 17, 1931.)

*L. M. Layden* for plaintiff-appellant.

*J. B. McCormick* for Elizabeth McFadden et al., defendants-appellants.

*Walter A. Chambers* and *Daniel J. Finn* for Daniel Watkins, defendant-appellant.

*Thomas F. Conway, Frank Hurley* and *H. Prior King* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.